UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVD JOSE PEREZ YEPEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DERRICK STAMPER, *in his* ) <br> *official capacity as Chief Patrol* ) <br> *Agent of Houlton Sector, U.S. Border* ) <br> *Patrol*, et al., ) <br> ) <br> Respondents. ) | No. 1:26-cv-00113-JAW |

**ORDER TO SHOW CAUSE**

On March 4, 2026, David Jose Perez Yepez filed an unverified petition for writ of habeas corpus, seeking his immediate release from immigration detention or, alternatively, a bond hearing in Immigration Court. *Pet. for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241* (ECF No. 1). On March 6, 2026, Mr. Yepez filed a verified version of his March 4, 2026 petition for writ of habeas corpus. *Pet. for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241* (ECF No. 11) (*Pet.*).

Mr. Yepez, a resident of Maine, is a Venezuelan citizen who fled to the United States in June 2024 after experiencing violence and political persecution in his home country. *Id.* ¶¶ 1, 14-15, 26. On June 10, 2024, Mr. Yepez attended a U.S. Customs and Border Protection (CBP) One appointment and stated his intention to seek asylum, upon which CBP granted him parole pursuant to 8 U.S.C. § 1182(d)(5)(A). *Id.* ¶¶ 16-18, 21; Attach. 2, *Atty. Decl.*; Attach. 4, *1-94 Admission Record.* That same day, CBP initiated removal proceedings against Mr. Yepez and issued him a notice to

appear, instructing him to appear before an Immigration Judge on October 14, 2025 in Orlando, Florida. *Id.* ¶ 19-20; Attach. 3, *Notice to Appear*. Mr. Yepez's October 14, 2025 hearing in Orlando, Florida was postponed, and he is currently scheduled for a hearing on June 1, 2027. *Id.* ¶ 25-26. Mr. Yepez maintains his parole set no conditions requiring assurances he would appear at his hearings. *Id.* ¶ 22. Upon entry into the United States, Mr. Yepez moved to Tampa, Florida before later relocating to Skowhegan, Maine where his brother-in-law lives. *Id.* ¶ 23. On February 10, 2025, Mr. Yepez filed an application for asylum due to his fear of kidnapping and violence from the Venezuelan government. *Id.* ¶ 24; Attach. 5, *Asylum Application*.

On February 25, 2026, CBP agents arrested Mr. Yepez on his way to work. *Id.* ¶ 29. He remains in CBP custody in Fort Fairfield, Maine. *Id.* ¶ 34; *Min. Entry* (ECF No. 10). Mr. Yepez alleges that his detention violates federal law and his due process rights under the Fifth Amendment of the United States Constitution. *Id.* ¶¶ 39-77. He seeks a writ of habeas corpus ordering his immediate release or, in the alternative, an order requiring an Immigration Judge to provide him with a bond hearing as soon as possible. *Id.* at 15-16.

In accordance with 28 U.S.C. § 2243, the Court ORDERS Respondents to SHOW CAUSE by no later than Monday, March 9, 2026 why this petition for a writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243. The Court further ORDERS David Jose Perez Yepez to file his reply no later than Wednesday, March 11, 2026. The Court also ORDERS both Respondents and Mr. Yepez to include in

their respective briefings their position on whether any additional documentation provide by the parties, beyond Mr. Yepez's verified petition and accompanying exhibits, will comprise the evidentiary record.

    SO ORDERED.

                                /s/ John A. Woodcock, Jr.
                                JOHN A. WOODCOCK, JR.
                                UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2026