UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID JOSE PEREZ YEPEZ | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 1:26-cv-00113-JAW |
| | ) | |
| DERRICK STAMPER, et al. | ) | |
| | ) | |
| Respondents | ) | |

## JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr., on March 18, 2026;

The Verified Petition for Writ of Habeas Corpus is Granted in part and Denied in part. The Unverified Petition for Writ of Habeas Corpus is Dismissed as moot.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: March 18, 2026